IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Penita

Printed: 12/10/08

Case Number: 05 B 33613
Judge: Wedoff, Eugene R
Filed: 8/24/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 5, 2008
Confirmed: October 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,841.12 |  |
| Secured: |  | 2,149.12 |
| Unsecured: |  | 1,061.06 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,308.20 |
| Trustee Fee: |  | 322.74 |
| Other Funds: |  | 0.00 |
| Totals: | 5,841.12 | 5,841.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,308.20 | 2,308.20 |
| 2. | Ford Motor Credit Corporation | Secured | 2,149.12 | 2,149.12 |
| 3. | Ford Motor Credit Corporation | Unsecured | 0.26 | 0.26 |
| 4. | Camco Inc | Unsecured | 1,061.01 | 1,060.80 |
| 5. | Roseland Community Hospital | Unsecured |  | No Claim Filed |
| 6. | Newport News | Unsecured |  | No Claim Filed |
| 7. | Orchard Bank | Unsecured |  | No Claim Filed |
| 8. | University of Illinois | Unsecured |  | No Claim Filed |
| 9. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 10. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,518.59 | $ 5,518.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 76.23 |
| 5% | 23.10 |
| 4.8% | 44.35 |
| 5.4% | 101.50 |
| 6.5% | 63.82 |
| 6.6% | 13.74 |
|  | $ 322.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Harris, Penita | Case Number:  05 B 33613 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  8/24/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

